# UNITED STATES DISTRICT COURT
### District of Arizona

In the Matter of the Search of:

**SUBJECT PARCEL 2:** A FedEx Home Delivery box bearing FedEx tracking number 2876 3480 7925, addressed to "Curtis Wise, 2195 Nelms Dr SW, Atlanta, GA 30315" with a return address of "Travis Wiggins, (323) 408-9884, 2506 W Dunlap Ave, Phoenix, AZ 85021." It is brown cardboard box with a FedEx label measuring approximately 16" x 16" x 16"; weighing approximately 16.95 pounds; postmarked December 15, 2021.

**SEARCH WARRANT**

Case Number: 21 - 394 MB

TO: ANTOINE MARTEL and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Antoine Martel, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL 2:** A FedEx Home Delivery box bearing FedEx tracking number 2876 3480 7925, addressed to "Curtis Wise, 2195 Nelms Dr SW, Atlanta, GA 30315" with a return address of "Travis Wiggins, (323) 408-9884, 2506 W Dunlap Ave, Phoenix, AZ 85021." It is brown cardboard box with a FedEx label measuring approximately 16" x 16" x 16"; weighing approximately 16.95 pounds; postmarked December 15, 2021.

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1956(h), AND TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before December 29, 2021 (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

12-15-2021 @ 7:20 pm
Date and Time Issued

at  Phoenix, Arizona
    City and State

HONORABLE MICHELLE H. BURNS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer